82,794-01

February 16, 2015

Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station, Austin
Austin Texas 78711

Re; Tr. Ct. No., 2010-02-11472-CR-1
WR.-82,794-01

Abel Acosta, Clerk

On February 13, 2015 I recived notice that my application for Writ of Habeas Corpus has been recived by the court. I would like to know if a decision has been made regardingmy writ in the above styled cause number if so could this court please notify me of the decision if the writ is still pending a decision i pray that this court will let me know of the result.

Thank you for your time

Respectfully submitted
Applicant pro-se

CARLOS BARON HERNANDEZ
BOYD UNIT   TDC # 1774163
Rt, 2, Box 500
Teague, Texas 75860

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 19 2015
Abel Acosta, Clerk